# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 28, 2025
Lyle W. Cayce
Clerk

---

No. 24-50176

---

United States of America, *ex rel*, Tiffany Montcrief, *Relator*; Roberta A. Martinez, *Relator*; Alicia Burnett, *Relator*,

*Plaintiffs—Appellees*,

*versus*

Peripheral Vascular Associates, P.A.,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:17-CV-317

---

Before Haynes, Duncan, and Wilson, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and REVERSED IN PART, the final judgment is VACATED and the cause is REMANDED to the

District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

UNITED STATES COURT OF APPEALS FIFTH JUDICIAL CIRCUIT

**Certified as a true copy and issued as the mandate on Apr 21, 2025**

**Attest:** Lyle W. Cayce

**Clerk, U.S. Court of Appeals, Fifth Circuit**